# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JESSICA ARIAS | No. 2:24-mj-398-KFW |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jonathan Duquette, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation ("FBI"). I have been in this position since June 2015, and I have been a Task Force Officer in FBI's Boston Division since January 2018. I am also a Border Patrol Agent with the U.S. Border Patrol and have been in this position since December 2009. Over the course of my law enforcement career, I have participated in numerous drug trafficking investigations, pursuant to which I have utilized various investigative tools and techniques, learned first-hand about frequently employed jargon, behavior, and methodology of gang affiliated and gang adjacent drug traffickers.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested criminal complaint.

### SHOWING OF PROBABLE CAUSE

3. During the course of a drug investigation, GREGORIO DIAZ was identified as a person distributing controlled substances in central and northern Maine. An

apartment located at 23 River Road, Apartment B, Lewiston, Maine (the "TARGET APARTMENT"), was identified as being utilized by DIAZ and his girlfriend JESSICA ARIAS as part of their drug distribution activities. A judicially authorized search warrant was obtained and executed on about November 14, 2024. While executing that search warrant, among other things, the FBI recovered a kilo press with drug residue (which I know from my training and experience is used to press kilogram bricks of fentanyl), drug packaging materials, a sandwich bag full of unidentifiable pills, hundreds of rounds of ammunition, and five firearms. Of the firearms recovered, there were three long guns and two handguns. One of the long guns was a KEL-TEC SUB-2000 rifle with serial number FU882 (the "SUBJECT FIREARM"). Photographs of the SUBJECT FIREARM appear below:



4. On about November 19, 2024, DIAZ was arrested in Danforth, Maine, on an outstanding arrest warrant issued by criminal complaint charging him as a felon in

possession of a firearm. ARIAS was encountered at the time DIAZ was arrested. ARIAS was informed she was not under arrest and she was offered to sit in a heated vehicle. ARIAS said she was in the bathroom because she was "really sick." ARIAS claimed she and DIAZ stayed in campers during the warmer months and lived at the TARGET APARTMENT during the winter months. ARIAS said the only other person who has access to the TARGET APARTMENT is the property manager.

5.  ARIAS was informed that a search warrant had been executed at the TARGET APARTMENT. ARIAS claimed the room with the bed was utilized by her and DIAZ. ARIAS confirmed she owned a couple guns. ARIAS said she had bills of sale documenting the purchases of firearms on her iPad that was in the TARGET APARTMENT. ARIAS recalled that she owned two rifles and three handguns. ARIAS said she kept guns in her closet and one handgun in a little plastic cabinet on the right side of the door in her bedroom. ARIAS said she had been cleaning so she was unsure of the location of the rest.

6.  ARIAS admitted to using pills, specifically Percocet 30 mg, daily by swallowing them. ARIAS said she gets sick if she does not use them. ARIAS said pills are hard to get and cost around $20 each.

7.  I have conferred with an agent of the U.S. Bureau of Alcohol Tobacco Firearms and Explosives, from which I have learned that the SUBJECT FIREARM was manufactured outside of the state of Maine.

8.  I obtained a judicially authorized search warrant to search three cell phones that were seized during DIAZ's arrest. I located a video in one of the devices that shows DIAZ, based on visible hand tattoos, and a female believed to be ARIAS based on visible jewelry that depicts the two measuring out large quantities of various drugs, to

3

include three bags that appear to contain approximately one pound of methamphetamine each. Amongst the various bags of drugs are several handguns and one AR style rifle.

## CONCLUSION

9. I respectfully submit, based on the facts set forth above, that probable cause exists to charge JESSICA ARIAS, the defendant, by Criminal Complaint with the offense unlawful possession of a firearm by a drug addicted person, in violation of Title 18, United States Code, Section 922(g)(3), and I request that the accompanying Criminal Complaint be issued.

Jonathan Duquette
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Dec 20 2024

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title

4